S10A0153. WATKINS v. ANEGUNDI et al.
(694 SE2d 647)

THOMPSON, Justice.

This case, in which plaintiff-appellant questions the constitutionality of OCGA § 51-1-29.5 on various grounds, is controlled adversely to plaintiff-appellant by *Gliemmo v. Cousineau*, 287 Ga. 7 (694 SE2d 75) (2010).

*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 29, 2010 —
RECONSIDERATION DENIED MAY 3, 2010.

*Watkins, Lourie, Roll & Chance, Lance D. Lourie, Robert D. Roll, Stephen R. Chance, Bondurant, Mixson & Elmore, Michael B. Terry, Kamal Ghali*, for appellant.

*Huff, Powell & Bailey, Daniel J. Huff, Randolph P. Powell, Jr., Erica S. Jansen, Insley & Race, Kevin P. Race, Moses Kim, McClure, Ramsay, Dickerson & Escoe, John A. Dickerson, Owen, Gleaton, Egan, Jones & Sweeney, Roger E. Harris, Gretchen H. Wagner, Forrester & Brim, Robert S. Lazenby*, for appellees.